The People of the State of New York, Respondent, v. Clark James

Appellant.— Judgment reversed and new trial ordered, on the authority of *People* v. *Luft* (192 App. Div. 713). Settle order on notice. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.